1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   David Nelson (*pro hac vice* forthcoming)
2  davenelson@quinnemanuel.com
3  191 North Wacker Drive, Suite 2700
   Chicago, IL 60606
4  Telephone: (312) 705-7400

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Lance Yang (Bar No. 260705)
6  lanceyang@quinnemanuel.com
7  Patrick Schmidt (Bar No. 274777)
   patrickschmidt@quinnemanuel.com
8  865 South Figueroa St., 10th Floor
   Los Angeles, CA 90017
9  Telephone: (213) 443-3000

10 QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Jocelyn Ma (Bar No. 319878)
11 jocelynma@quinnemanuel.com
12 50 California Street, 22nd Floor
   San Francisco, California 94111
13 Telephone: (415) 875-6600

14 *Attorneys for GOOGLE LLC*

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18 | GOOGLE LLC,                | CASE NO.: 5:25-cv-7453 |
   |---|---|
19 | Plaintiff, | **CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS BY GOOGLE LLC** |
20 | vs. | |
21 | HEADWATER RESEARCH LLC, | |
22 | Defendant. | |

1    Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Google LLC discloses the
2 following:
3    Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc.,
4 a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s
5 stock.
6    Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
7 associations of persons, firms, partnerships, corporations (including, but not limited to, parent
8 corporations), or other entities (i) have a financial interest in the subject matter in controversy or in
9 a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party
10 that could be substantially affected by the outcome of this proceeding:

11    1.    Google LLC
12    2.    XXVI Holdings Inc., Holding Company of Google LLC
13    3.    Alphabet Inc., Holding Company of XXVI Holdings Inc.

15 DATED:  September 3, 2025           QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

                                      By  */s/ Lance Yang*
                                         Lance Yang
                                         *Attorneys for GOOGLE LLC*

Case No.: 5:25-cv-7453
GOOGLE'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES