UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC,

         Plaintiff,

   v.

HEADWATER RESEARCH LLC,

        Defendant.

Case No.  25-cv-07591-AMO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: Dkt. No. 1

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Laurel Beeler for consideration of whether the case is related to *Google LLC v. Headwater Research LLC*, Case No. 3:25-cv-07453-LB.

    **IT IS SO ORDERED.**

Dated: September 23, 2025

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**