UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC                    ,

Plaintiff(s),

v.

HEADWATER RESEARCH, LLC ,

Defendant(s).

Case No. 5:25-CV-07453

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Homin Ban , an active member in good standing of the bar of California , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Google LLC in the above-entitled action. My local co-counsel in this case is Lance Yang , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 260705 .

865 S. Figueroa St., 10th Fl., Los Angeles, CA 90017
MY ADDRESS OF RECORD

865 S. Figueroa St., 10th Fl., Los Angeles, CA 90017
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

213-443-3343
MY TELEPHONE # OF RECORD

213-443-3360
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

hominban@quinnemanuel.com
MY EMAIL ADDRESS OF RECORD

lanceyang@quinnemanuel.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 348320 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _3/18/2026_____       _Homin Ban_____
                                   APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Homin Ban_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ___March 20, 2026_____

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

United States District Court
Northern District of California

Updated 11/2021                    2